```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09259
   CLYDE L PAYNE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6009


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 05/22/2007 and was not confirmed.

       The case was dismissed without confirmation 08/29/2007.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
 DUTTON & DUTTON            NOTICE ONLY     NOT FILED             .00          .00
 BARCLAYS CAPITAL REAL ES   CURRENT MORTG          .00            .00          .00
 BARCLAYS CAPITAL REAL ES   MORTGAGE ARRE    19113.52             .00          .00
 AFNI INC                   UNSECURED       NOT FILED             .00          .00
 ASSET ACCEPTANCE LLC       UNSECURED         1411.72             .00          .00
 BUREAU OF COLLECTION REC   NOTICE ONLY     NOT FILED             .00          .00
 CDA PONTIAC                UNSECURED       NOT FILED             .00          .00
 COLLECTION COMPANY OF AM   UNSECURED       NOT FILED             .00          .00
 DRIVE FINANCIAL SERVICES   UNSECURED       NOT FILED             .00          .00
 ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED             .00          .00
 M3 FINANCIAL SERVICES IN   UNSECURED         1840.90             .00          .00
 MEDICAL COLLECTIONS SYS    UNSECURED       NOT FILED             .00          .00
 MERCHANTS CREDIT GUIDE C   UNSECURED       NOT FILED             .00          .00
 NUVELL CREDIT CORP         UNSECURED       NOT FILED             .00          .00
 PELLETTIERI & ASSOC        UNSECURED          983.00             .00          .00
 JEFFERSON CAPITAL SYSTEM   UNSECURED          199.75             .00          .00
 ANTHONY BOWENS             NOTICE ONLY     NOT FILED             .00          .00
 ARTHUR TUCKER              NOTICE ONLY     NOT FILED             .00          .00
 EDWARD BOWENS              NOTICE ONLY     NOT FILED             .00          .00
 MARY LOU BOWENS            NOTICE ONLY     NOT FILED             .00          .00
 LEGAL HELPERS PC           DEBTOR ATTY           .00                          .00
 TOM VAUGHN                 TRUSTEE                                            .00
 DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                      .00

 PRIORITY                                         .00
 SECURED                                          .00
 UNSECURED                                        .00
 ADMINISTRATIVE                                   .00
 TRUSTEE COMPENSATION                             .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 09259 CLYDE L PAYNE
```

```
DEBTOR REFUND                                                              .00
                                         ---------------         ---------------
TOTALS                                              .00                    .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 12/05/07                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE